# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-826
_____

PATRICE KERR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

December 11, 2018

PER CURIAM.

AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrice Kerr, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jesse Haskins, Assistant Attorney General, Tallahassee, for Appellee.